IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANDRA JOY HUGHES                                               PLAINTIFF

v.                           No. 4:12-CV-640-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                  DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Hughes's complaint with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 November 2013